# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Jeremy LeClair<br>Source.Auction, LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00185-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Valaria Devine | ) | |
| Leslie Farkas, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 21, 2018 Order.

February 21, 2018

Frank G. Johns, Clerk
United States District Court